UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE PRESKA

Mofet Etzion, Ltd.

    Plaintiff,

v.

General Dynamics Land Systems, Inc.

    Defendant.

Civil Action Case No.:

**07 CV 4566**

**Rule 7.1 Statement**

MAY 3 0 2007

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mofet Etzion, Ltd (a private non-governmental party) certifies that Mofet Etzion does not have any corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: May 30, 2006

Lawrence A. Dany
Attorney Bar Code: LD9713