**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOFET ETZION, LTD., )<br>)<br>              Plaintiff, )<br>)<br>   v. )<br>)<br>GENERAL DYNAMICS LAND )<br>SYSTEMS, INC., )<br>)<br>             Defendant. )<br>)<br>) | No.: 07-cv-4566 (LAP)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant General Dynamics Land Systems, Incorporated.

I certify that I am admitted to practice in this Court.

Date: June 4, 2007

                                                                                  s/ Chinh Q. Le
                                                                                  Chinh Q. Le (CL-9036)
                                                                                   JENNER & BLOCK LLP
                                                                                   919 Third Avenue, 37th Floor
                                                                                  New York, NY 10022-3908
                                                                                   (212) 891-1600
                                                                                  (212) 891-1699 facsimile

**CERTIFICATE OF SERVICE**

I, Chinh Le, an attorney, hereby certify that on June 4, 2007 I caused a true and correct copy of the foregoing *Notice of Appearance* to be served on the following individual via the ECF system:

**Lawrence Andrew Dany, III**
Sutherland Asbil & Brennan, LLP(NYC)
1114 Avenue of the Americas
40th Flr.
New York, NY 10036
(212)-389-50005038
Fax: (212)-389-5099

*Attorney for Plaintiff.*

　　　　　　　　　　　　　　　　　　　　　　　s/ Chinh Q. Le