**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MOFET ETZTON LTD.,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | )  Civil Action No. 07-CIV-4566 (LAP) |
| | ) |
| **GENERAL DYNAMICS LAND** | )  **RULE 7.1 DISCLOSURE** |
| **SYSTEMS, INC.** | )  **STATEMENT** |
| | ) |
|        **Defendant.** | ) |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for General Dynamics Land Systems, Inc. (a private non-governmental party) certifies that General Dynamics Land Systems, Inc., is a wholly-owned subsidiary of General Dynamics Corporation, which is a publicly held corporation.

Dated: June 5, 2007

                            JENNER & BLOCK, LLP

                      By:    s/ Chinh Q. Le
                            Chinh Q. Le (CL-9036)
                            919 Third Ave, 37th Floor
                            New York, New York 10022
                            (212) 891-1600
                            (212) 891-1699 (facsimile)

                            *Attorneys for Defendant*
                            GENERAL DYNAMICS LAND SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I, Chinh Le, an attorney, hereby certify that on June 5, 2007 I caused a true and correct copy of the foregoing *Rule 7.1 Statement* to be served on the following individual via the ECF system:

**Lawrence Andrew Dany, III**
Sutherland Asbil & Brennan, LLP (NYC)
1114 Avenue of the Americas
40th Flr.
New York, NY 10036
(212)-389-5000
Fax: (212)-389-5099

*Attorney for Plaintiff.*

s/ Chinh Q. Le