USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/07

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MOFET ETZION, LTD.,                    )
                                       )
            Plaintiff,                 )          Civil Action No. 07 CIV 4566 (LAP)
                                       )
      vs.                              )          ~~[PROPOSED]~~ **ORDER GRANTING
                                       )          ADMISSION *PRO HAC VICE***
GENERAL DYNAMICS LAND                  )
SYSTEMS, INC.,                         )
                                       )
            Defendant.                 )
                                       )

The motion for admission of Counsel *pro hac vice* in this matter having come before and been considered by the Court, and the Court being satisfied that Richard C. Stiffler, Esq., is licensed and admitted to practice law and a member in good standing of the Bar of the State of Illinois, it is hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Richard C. Stiffler, Esq., is GRANTED and Richard C. Stiffler is admitted to the Bar of this Court *pro hac vice* as counsel for Defendant.

Dated:    June 12, 2007

_____
UNITED STATES DISTRICT JUDGE