IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOFET ETZION, LTD., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENERAL DYNAMICS LAND )<br>SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07 CIV 4566 (LAP)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN C. LEVY** |

PLEASE TAKE NOTICE, that upon the declaration of Chinh Q. Le, Esq., Defendant General Dynamics Land Systems, Inc., by its attorneys Jenner & Block LLP, respectfully moves the Court, pursuant to Local Rule 1.3(c), for an Order allowing the admission *pro hac vice* of Susan C. Levy, Esq., Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, IL 60611-7603, (312) 840-8640, (312) 840-8740 (facsimile), for the pendency of the above-captioned case or further order of this Court. There are no pending disciplinary proceedings against Susan C. Levy in any State or Federal court. A proposed order is submitted with this motion.

Dated: June 8, 2007

                                          Respectfully,

                                          JENNER & BLOCK LLP

                    By: _____
                          Chinh Q. Le (CL-9036)
                          919 Third Avenue
                          37th Floor
                          New York, New York 10022
                          (212) 891-1600
                          (212) 891-1699

                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Chinh Le, an attorney, hereby certify that on June 8, 2007 I caused true and correct copies of the foregoing *Motion for Admission Pro Hac Vice* and supporting documents to be served on the following individuals via USPS first class mail:

**Jeffrey Bialos**
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004
(202)383-0100
Fax: (202)383-3593

**John L. North**
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202)383-0100
Fax: (202)383-3593

**Lawrence Andrew Dany, III**
Sutherland Asbil & Brennan, LLP (NYC)
1114 Avenue of the Americas
40th Flr.
New York, NY 10036
(212)389-5000
Fax: (212)389-5099

*Attorneys for Plaintiff.*

_____
Chinh Q. Le

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOFET ETZION, LTD., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENERAL DYNAMICS LAND )<br>SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07 CIV 4566 (LAP)<br><br>**DECLARATION OF CHINH Q. LE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN C. LEVY** |

I, CHINH Q. LE, declare as follows:

1. I am a member in good standing of the bar of this Court.

2. This declaration is made in support of Defendant General Dynamics Land Systems, Inc.'s motion seeking admission *pro hac vice* of Susan C. Levy pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York.

3. Susan C. Levy is a partner in the firm of Jenner & Block LLP, 330 N. Wabash Ave., Chicago, Illinois, 60611 and has been practicing law since 1982. She is a member in good standing with the bar of the State of Illinois. *See* Certificate of Good Standing attached as Exhibit A to the Declaration of Susan C. Levy in Support of Motion for Admission *Pro Hac Vice*.

4. She has advised me that she is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

5. There are no disciplinary proceedings currently pending against Ms. Levy in any state or federal court.

6. I believe Ms. Levy will conduct herself in the manner required of attorneys that practice in, and are admitted to, this Court, and therefore I respectfully request that she be

-2-

admitted *pro hac vice* for the purpose of representing General Dynamics Land Systems, Inc. during the pendency of this action or on further order of this Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 8, 2007           _____
                                         CHINH Q. LE (CL-9036)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOFET ETZION, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GENERAL DYNAMICS LAND ) <br> SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07 CIV 4566 (LAP) <br><br> **DECLARATION OF SUSAN C. LEVY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, SUSAN C. LEVY, declare as follows:

1. I am a resident of Illinois and have been a practicing attorney in the State of Illinois since 1982. I am a partner with the law firm of Jenner & Block LLP, which maintains an office at 330 N. Wabash Avenue, Chicago, Illinois, 60611.

2. I make this declaration in support of my application for admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York to serve as counsel for Defendant, General Dynamics Land Systems, Inc. ("GDLS"), in the above-captioned matter. My admission *pro hac vice* will serve GDLS' interests, and will facilitate the efficient litigation of this matter, given my firm's representation of GDLS on this matter to date.

3. I am an attorney at law, duly licensed to practice by the Bar of the State of Illinois since 1982. I am also admitted to practice before the United States Courts of Appeals for the Seventh, Eighth, and Federal Circuits, and the United States District Courts for the Northern and Central Districts of Illinois and Western District of Michigan

4. I am a member in good standing of the foregoing bars, and I have never been disbarred or suspended. Moreover, there are no disciplinary proceedings pending against

me. A true and correct copy of my Certificate of Good Standing issued by the Supreme Court of Illinois is attached at Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 7, 2007

_____

Susan C. Levy

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Susan Cohen Levy

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, June 01, 2007.

*Juleann Hornyak*

Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOFET ETZION, LTD., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENERAL DYNAMICS LAND )<br>SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07 CIV 4566 (LAP)<br><br>**[PROPOSED] ORDER GRANTING<br>ADMISSION *PRO HAC VICE*** |

The motion for admission of Counsel *pro hac vice* in this matter having come before and been considered by the Court, and the Court being satisfied that Susan C. Levy, Esq., is licensed and admitted to practice law and a member in good standing of the Bar of the State of Illinois, it is hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Susan C. Levy, Esq., is GRANTED and Susan C. Levy is admitted to the Bar of this Court *pro hac vice* as counsel for Defendant.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE