IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/07

| | |
|---|---|
| MOFET ETZION, LTD., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07 CIV 4566 (LAP) |
| ) | |
| vs. ) | [~~PROPOSED~~] ORDER GRANTING |
| ) | ADMISSION *PRO HAC VICE* |
| GENERAL DYNAMICS LAND ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The motion for admission of Counsel *pro hac vice* in this matter having come before and been considered by the Court, and the Court being satisfied that Susan C. Levy, Esq., is licensed and admitted to practice law and a member in good standing of the Bar of the State of Illinois, it is hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Susan C. Levy, Esq., is GRANTED and Susan C. Levy is admitted to the Bar of this Court *pro hac vice* as counsel for Defendant.

Dated: June 25, 2007

_____
UNITED STATES DISTRICT JUDGE