## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mofet Etzion Ltd., <br><br>          Plaintiff, <br><br>     v. <br><br> General Dynamics Land Systems, Inc., <br><br>          Defendant. | Civil Action No.: 07-CIV-4566 (LAP) |

## DEFENDANT'S ANSWER TO
## PLAINTIFF'S PETITION TO VACATE ARBITRATION AWARD

Defendant General Dynamics Land Systems, Inc. ("GDLS") answers the Petition to Vacate Arbitration Award ("Petition") filed by Plaintiff Mofet Etzion Ltd. ("Mofet") as follows:

1.       GDLS admits that Mofet brings this action to vacate the Arbitration Award rendered in favor of GDLS, but denies the remaining allegations of the first sentence of paragraph 1. GDLS admits that Mofet filed a memorandum in support of its Petition.

2.       GDLS admits the allegations of paragraph 2.

3.       GDLS admits the allegations of paragraph 3.

4.       GDLS admits the allegations of paragraph 4.

5.       GDLS admits that this Court has subject matter jurisdiction.

6.       GDLS admits that venue is proper in this Court.

7.       There is no paragraph 7 in the Petition.

8.       GDLS denies the allegations of paragraph 8.

WHEREFORE, GDLS requests that this Court deny Mofet's Petition and that it grant GDLS all of the relief requested in GDLS' Motion to Confirm Arbitration Award, filed herewith.

GDLS also submits herewith Defendant's Memorandum in Opposition to Plaintiff's Petition to

Vacate and in Support of Defendant's Motion to Confirm Arbitration Award.

Dated:  July 20, 2007

Respectfully submitted,

GENERAL DYNAMICS LAND SYSTEMS,
INC.

By: _____
One of its Attorneys

Susan C. Levy
Richard T. Franch
Richard C. Stiffler
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, Illinois 60611
(312) 222-9350

Susan J. Kohlmann
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1690

## <u>CERTIFICATE OF SERVICE</u>

I, Susan J. Kohlmann, an attorney, hereby certify that on July 24, 2007 I caused true and correct copies of the ***Defendant's Answer to Plaintiff's Petition to Vacate Arbitration Award, Defendant's Memorandum in Opposition to Plaintiff's Petition (filed under seal), and the Appendix to Defendant's Memorandum (filed under seal)*** to be served on attorneys for Plaintiff via e-mail.


_____ s/ Susan J. Kohlmann_____