## Sutherland
## Asbill &
## Brennan LLP
ATTORNEYS AT LAW



111 Avenue of the Americas
40th Floor
New York, NY 10036
212 389 5000
fax 212 389 5099
www.sablaw.com

Jeffrey P. Bialos
DIRECT LINE 202-383-0363
E-mail jeffrey.bialos@sablaw.com

July 31, 2007

**VIA FACSIMILE**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    Mofet Etzion v. General Dynamics Land Systems, Inc.
             Civil Action No. 07-CIV-4566(LAP)

Dear Judge Preska:

    We are writing to request clarification regarding the due date of Mofet Etzion's reply to GDLS's *Memorandum in Opposition to Plaintiff's Petition to Vacate Arbitration Award and In Support of Defendant's Motion to Confirm Arbitration Award*. As you may be aware, GDLS sent a letter to your Honor on July 20, 2007 requesting that the file be unsealed and enclosed its memorandum and supporting documents presumably to support that motion.

    Counsel for GDLS emailed a copy of the letter and documents to Counsel for Mofet Etzion on July 24, 2007. In the email, GDLS only stated "[t]hese papers have been submitted to Judge Preska but not yet filed pending resolution by the Judge of the issue with respect to filing under seal." GDLS has never officially served Mofet Etzion with documents and Mofet Etzion has been operating under the assumption that the documents have not been filed or served. Accordingly, there is confusion about when or if the Opposition Memorandum has been filed and when a reply may be due. The addition of a Motion to Confirm to the Memorandum further adds to the confusion of the due date.

AO 1738623.1

Atlanta  ■  Austin  ■  Houston  ■  New York  ■  Tallahassee  ■  Washington DC

If Mofet Etzion were to assume that GDLS served the documents on July 24, 2007, the 5 day reply date would be August 3, 2007 and the 10 day response date would be August 10, 2007. Mofet Etzion, therefore, respectfully requests that the due date for Mofet's reply to GDLS' Opposition and Motion to Confirm be clarified to be August 10, 2007.

Respectfully submitted.

*So ordered*
*Loretta A. Preska*
*USDJ*
*August 1, 2007*

Jeffrey P. Bialos

cc: Susan C. Levy, Esq. (via email)

AO 1738623.1