UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: $8 - 2 - 07$

Mofet Etzion Ltd.

    Plaintiff

    v.

General Dynamics Lands Systems, Inc.

    Defendant.

Civil Action No.: 07-Civ-4566 (LAP)

**ORDER GRANTING
FILING UNDER SEAL**

This matter having been brought to the Court by Jenner & Block LLP, attorneys for General Dynamics Land Systems, Inc.,

IT IS on this $\frac{1^{st}}{}$ day of August 2007 hereby

Ordered that all memoranda, exhibits and appendices submitted in opposition to Mofet Etzion Ltd.'s Petition to Vacate Arbitration Award are to be filed under seal, dated July 23, 2007, pending clarification of the May 3, 2007 Order granting Plaintiff leave to file under seal.

_____
U.S.D.J.