```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOFET ETZION LTD.,

                Plaintiff,                07 CIVIL 4566 (LAP)

      -against-                      **JUDGMENT**

GENERAL DYNAMICS LAND SYSTEMS, INC.,
                Defendant.
-----------------------------------------------------------X

       Plaintiff Mofet Etzion Ltd. having moved to vacate an arbitration award in favor of defendant General Dynamics Land Systems, Inc., and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on February 4, 2008, having rendered its Memorandum and Order denying the petition to vacate the Award and granting the motion to confirm the Award, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 4, 2008, the petition to vacate the Award is denied and the motion to confirm the Award is granted; accordingly, the case is closed and all pending motions denied as moot.

Dated: New York, New York
          February 4, 2008

                                                      **J. MICHAEL McMAHON**
                                                        Clerk of Court
                              BY:
                                                          Deputy Clerk

                            THIS DOCUMENT WAS ENTERED
                            ON THE DOCKET ON _____